JUNG, Appellant, vs. INDUSTRIAL COMMISSION and another, Respondents.

*December 11, 1942—January 12, 1943.*

*L. A. Tarrell* of Milwaukee, for the appellant.

For the respondent Industrial Commission there was a brief by the *Attorney General* and *Mortimer Levitan,* assistant attorney general, and oral argument by *Mr. Levitan.*

ROSENBERRY, C. J.   This case is not distinguishable from the case of.*Barber v. Industrial Comm.* 241 Wis. 462, 6 N. W. (2d) 199, and is ruled by the decision in that case.

*By the Court.*—Judgment affirmed.

BARLOW, J., took no part.

FOWLER and FRITZ, JJ., dissent.